No. 78–1603.   GOSS *v.* REVLON, INC., ET AL.   C. A. 2d Cir. Certiorari denied.

No. 78–1613.   AIR TRANSPORT LODGE 1894, INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, AFL–CIO, ET AL. *v.* TURNER.   C. A. 2d Cir.   Certiorari denied.

No. 78–1649.   FLEENER *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 78–1660.   U. S. LABOR PARTY *v.* WHITMAN.   Ct. Sp. App. Md.   Certiorari denied.

No. 78–1666.   CRESPO ET AL. *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 78–1675.   LUJAN ET AL. *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 78–1678.   BOMHER *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 78–1712.   ROSE *v.* CARTER, PRESIDENT OF THE UNITED STATES, ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 78–6237.   PHILLIPS *v.* LOUISIANA.   Sup. Ct. La.   Certiorari denied.

No. 78–6264.   REHBEIN *v.* ILLINOIS.   Sup. Ct. Ill.   Certiorari denied.

No. 78–6322.   HILL *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 78–6329.   KIRKHAM *v.* OVERBERG, CORRECTIONAL SUPERINTENDENT.   C. A. 6th Cir.   Certiorari denied.

No. 78–6345.   HARBOLT *v.* HANBERRY, WARDEN, ET AL. C. A. 5th Cir.   Certiorari denied.